# EXHIBIT A



*Registraire des entreprises Québec*

# Find a company on the register

## A corporate information statement on the business register

Information dated 2020-12-11 08:38:30

### State of the information

#### Identification of the company

| | |
|---|---|
| Quebec Business Number (NEQ) | 1170114178 |
| Name | C.R.S. EXPRESS INC. |

#### Home address

| | |
|---|---|
| Address | 2100 95e Rue<br>Saint-Georges (Québec) G5Y8J3<br>Canada |

#### Address of the elected home

| | |
|---|---|
| Company name | CRS EXPRESS INC. |

**Name of the natural person**

| | |
|---|---|
| Last name | Nadeau |
| Name | Sylvain |

| | |
|---|---|
| Address | 2100 95e Rue<br>Saint-Georges (Québec) G5Y8J3<br>Canada |

#### Registration

| | |
|---|---|
| Registration date | 2014-05-30 |
| Status | Registered |
| Status update date | 2014-05-30 |
| Expected end-of-life date | No end-of-life date is declared on the register. |

#### Legal form

| | |
|---|---|
| Legal form | Company or company |
| Date of constitution | 2014-05-30 Constitution |
| Constituent regime | QUEBEC: Corporations Act (RLRQ, C. S-31.1) |

Current diet     QUEBEC: Corporations Act (RLRQ, C. S-31.1)

## Update dates

| | |
|---|---|
| Date for updated information status | 2020-02-28 |
| Last Annual Update Return | 2020-02-28 2020 |
| End date of the production period for the 2020 annual update return | 2020-09-30 |
| End of the production period for the 2019 Annual Update Statement | 2019-08-01 |

## Bankruptcy

The company is not bankrupt.

## Merger and split

The corporation has been merged.

| Type | Applicable law | Date | Name and residence of the corporation | Component | Resulting |
|---|---|---|---|---|---|
| Simplified fusion | QUEBEC: Corporations Act (RLRQ, C. S-31.1) | 2014-06-26 | 9051-4241 QUEBEC INC. 2100 95th St. Georges Street, Quebec G5Y8J3 Canada | 1146879607 | 1170114178 |
| | | | C.R.S. EXPRESS INC. 2100 95th St. Georges Street, Quebec G5Y8J3 Canada | 1141952912 | |

## Continuation and other transformation

No continuation or other transformation has been reported.

## Liquidation or dissolution

No intention of liquidation or dissolution has been declared.

## Economic activities and number of employees

### 1st industry

| | |
|---|---|
| Code of Economic Activity (CAE) | 4569 |
| Activity | Other trucking |
| Details (optional) | ROAD TRANSPORT |

### 2nd industry

No information was reported.

## Number of employees

Number of employees in Quebec
26 to 49

## Unanimous agreement, shareholders, directors, officers and power-based

### Shareholders

**First shareholder**
The largest shareholder is a majority shareholder.

| | |
|---|---|
| Name | 9303-7760 Quebec Inc. |
| Address | 2100 95th St. Georges Street, Quebec G5Y8J3 Canada |

### Unanimous shareholder agreement

There is no unanimous shareholder agreement.

### List of directors

| | |
|---|---|
| Last name | Gilbert |
| Name | Carol |
| The start date of the charge | 2014-05-30 |
| Charge end date | |
| Current functions | President |
| Address | 202 34th Street Notre-Dame-des-Pins, Quebec G0M1K0 Canada |

| | |
|---|---|
| Last name | Rodrigue |
| Name | Marc |
| The start date of the charge | 2014-05-30 |
| Charge end date | |
| Current functions | Vice-President, Secretary |
| Address | 3370 Main Street Saint-Simon-les-Mines, Quebec G0M1K0 Canada |

### Non-board executives

No non-board executives have been declared.

### Power-based

No power-based has been declared.

### Administrators of the property of others

No administrator of the property of others has been declared.

### As well

No establishments have been declared.

**Documents in processing**

No documents are currently processed by the Business Registry.

**Document Index**

**Preserved documents**

| Type of document | Filing date on the register |
| --- | --- |
| 2020 ANNUAL UPDATE STATEMENT | 2020-02-28 |
| Current Update Statement | 2019-03-11 |
| 2019 ANNUAL UPDATE STATEMENT | 2019-02-19 |
| 2018 ANNUAL UPDATE STATEMENT | 2018-02-15 |
| 2017 ANNUAL UPDATE STATEMENT | 2017-02-03 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2016 | 2016-03-15 |
| Current Update Statement | 2015-12-02 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2015 | 2015-08-17 |
| Current Update Statement | 2015-07-20 |
| Current Update Statement | 2014-07-01 |
| Merger certificate | 2014-06-27 |
| Initial statement | 2014-06-04 |
| Certificate of constitution | 2014-05-30 |

**Name Index**

| Date for updating the name index | 2014-06-26 |
| --- | --- |

**Name**

| Name | Versions of the name in another language | Date of declaration of name | Date of declaration of removal of name | Situation |
| --- | --- | --- | --- | --- |
| C.R.S. EXPRESS INC. | | 2014-06-26 | | In force |
| 9303-7356 Québec inc. | | 2014-05-30 | 2014-06-26 | Previous |

**Other names used in Quebec**

No other names used in Quebec have been declared.

Québec

© Government of Quebec