# EXHIBIT B

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Law Enforcement and TxDOT Use ONLY
- [ ] FATAL
- [x] CMV
- [ ] SCHOOL BUS
- [ ] RAILROAD
- [ ] MAB
- [ ] SUPPLEMENT
- [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 4
Total Num. Prsns.: 4
TxDOT Crash ID: 17937078.1 / 2020433511

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 10/22/2020
- *Crash Time (24HRMM): 1300
- Case ID: 20-1022-0012
- Local Use: ADAM 1
- *County Name: WILLIAMSON
- *City Name: ROUND ROCK
- [ ] Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? [x] Yes [ ] No
- Latitude (decimal degrees): ___
- Longitude (decimal degrees): ___

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: IH
- *Hwy. Num.: 35
- 2 Rdwy. Part: 1
- Block Num.: 1594
- 3 Street Prefix: ___
- *Street Name: INTERSTATE HIGHWAY 35
- 4 Street Suffix: ___
- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [ ] Toll Road/Toll Lane
- Speed Limit: 70
- Const. Zone: [ ] Yes [x] No
- Workers Present: [ ] Yes [x] No
- Street Desc.: BLACK TOP ROADWAY

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: [ ] Yes [x] No
- 1 Rdwy. Sys.: LR
- Hwy. Num.: ___
- 2. Rdwy. Part: 1
- Block Num.: 100
- 3 Street Prefix: W
- Street Name: OLD SETTLERS
- 4 Street Suffix: BLVD
- Distance from Int. or Ref. Marker: 1
- [ ] FT [x] MI
- 3 Dir. from Int. or Ref. Marker: S
- Reference Marker: ___
- Street Desc.: BLACK TOP ROADWAY
- RRX Num.: ___

## VEHICLE, DRIVER, & PERSONS

### Unit 1
- Unit Num.: 1
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: CD
- LP Num.: L826814
- VIN: 1XPXD49X4LD665509
- Veh. Year: 2020
- 6. Veh. Color: BLK
- Veh. Make: PETERBILT
- Veh. Model: 389
- 7 Body Style: TT
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: CD
- DL/ID Num.: C360707056407
- 9 DL Class: 98
- 10 CDL End.: 98
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 05/07/1964
- Address: 480 20E RUE SAINT-GEORGES, CD G5Y8J3

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | COUTURE, ROGER | N | 56 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [x] Owner [ ] Lessee
- Owner/Lessee Name & Address: CRS EXPRESS INC, 2100 95E RUE SAINT-GEORGES, CD G5Y8J3
- Proof of Fin. Resp.: [x] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: SOCIETE D'ASSURANCE GENERAL NORTHBRIDGE
- Fin. Resp. Num.: 2027027
- Fin. Resp. Phone Num.: 8008376030
- 27 Vehicle Damage Rating 1: 2-FR-1
- 27 Vehicle Damage Rating 2: ___
- Vehicle Inventoried: [ ] Yes [x] No
- Towed By: DRIVEN FROM SCENE BY DRIVER
- Towed To: DRIVEN FROM SCENE

### Unit 2
- Unit Num.: 2
- 5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: CD
- LP Num.: RK2969E
- VIN: 2M592161 7L1189759
- Veh. Year: 2020
- 6. Veh. Color: BLK
- Veh. Make: UNKNOWN
- Veh. Model: UNKNOWN
- 7 Body Style: 98
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: ___
- DL/ID State: ___
- DL/ID Num.: ___
- 9 DL Class: ___
- 10 CDL End.: ___
- 11 DL Rest.: ___
- DOB: ___
- Address: ___

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [x] Owner [ ] Lessee
- Owner/Lessee Name & Address: C.R.S. EXPRESS INC. 2100 95E RUE SAINT-GEORGES G5Y8J3
- Proof of Fin. Resp.: [x] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: SOCIETE D'ASSURANCE GENERAL NORTHBRIDGE
- Fin. Resp. Num.: 2027027
- Fin. Resp. Phone Num.: 8008376030
- 27 Vehicle Damage Rating 1: ___
- 27 Vehicle Damage Rating 2: ___
- Vehicle Inventoried: [ ] Yes [x] No
- Towed By: towed from scen by unit 1
- Towed To: towed from scen by unit 1

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY
Form CR-3 (Rev. 1/1/2018)
Case ID 20-1022-0012
TxDOT Crash ID 17937078.1/2020433511
Case 1:20-cv-01225-RP   Document 1-2   Filed 12/16/20   Page 3 of 5
Page 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 1 — [x] 10,001+ LBS. — [ ] TRANSPORTING HAZARDOUS MATERIAL — [ ] 9+ CAPACITY — CMV Disabling Damage? [ ] Yes [x] No — 28 Veh. Oper. 2 — 29 Carrier ID Type 1 — Carrier ID Num. 00515867

Carrier's Corp. Name: CRS-EXPRESS
Carrier's Primary Addr.: 2100 95E RUE APT., SAINT-GEORGES, QC SAINT-GEORGES, QUEBEC CANADA, CD G5Y8J3
30 Veh. Type 9

31 Bus Type 0 — [ ] RGVW [x] GVWR 80000 — HazMat Released [ ] Yes [x] No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type 3

Unit Num. 2 — [ ] RGVW [x] GVWR 80000 — 34 Trlr. Type 2 — CMV Disabling Damage? [ ] Yes [x] No — Unit Num. — [ ] RGVW [ ] GVWR — 34 Trlr. Type — CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events — 35 Seq. 1: 13 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Intermodal Shipping Container Permit [ ] Yes [x] No — Actual Gross Weight — Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 4 | | | | 1 | 1 | 97 | 3 | 1 | 1 | 11 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened** (Attach Additional Sheets if Necessary)

UNIT 1 TOWING UNIT 2. UNIT 2 NOT STRUCK DURING ACCIDENT. UNIT 1 CHANGED LANES WHEN UNSAFE FROM MIDDLE LANE INTO RIGHT LANE. IN DOING SO THE FRONT RIGHT OF UNIT 1 STRUCK THE REAR LEFT QUARTER OF UNIT 3 (POI 1). UNIT 3 SPUN OUT IN FRONT OF UNIT 1 AND STRUCK INSIDE WALL (POI 2). UNIT 4 THEN STUCK UNIT 3 IN THE LEFT DOOR (POI 3).

Field Diagram - Not to Scale (Not To Scale) — THIRD POI (3), SECOND POI (2), ORIGINAL POI (1), UNIT 3, UNIT 1 & 2, NORTH BOUND IH 35

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 1304 — How Notified: Dispatch — Time Arrived (24HRMM): 1311 — Report Date (MM/DD/YYYY): 10/22/2020

Invest. Comp. [x] Yes [ ] No — Investigator Name (Printed): Saffel, Shannon — ID Num. 2008

ORI Num.: TX2460500 — *Agency: ROUND ROCK POLICE DEPARTMENT — Service/Region/DA: A D A M 1

| Law Enforcement and TxDOT Use ONLY | | | | | | | Total Num. Units | 4 | Total Num. Prsns. | 4 | TxDOT Crash ID | 17937078.1 /2020433511 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | | | | | | |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 3 of 4

### IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 10/22/2020
- *Crash Time (24HRMM): 1300
- Case ID: 20-1022-0012
- Local Use: ADAM 1
- *County Name: WILLIAMSON
- *City Name: ROUND ROCK
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude (decimal degrees): _
- Longitude (decimal degrees): _

**ROAD ON WHICH CRASH OCCURRED**
- *1 Rdwy. Sys.: IH
- *Hwy. Num.: 35
- 2 Rdwy. Part: 1
- Block Num.: 1594
- 3 Street Prefix: _
- *Street Name: INTERSTATE HIGHWAY 35
- 4 Street Suffix: _
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 70
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.: BLACK TOP ROADWAY

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: LR
- Hwy. Num.: _
- 2. Rdwy. Part: 1
- Block Num.: 100
- 3 Street Prefix: W
- Street Name: OLD SETTLERS
- 4 Street Suffix: BLVD
- Distance from Int. or Ref. Marker: 1
- ☐ FT ☒ MI
- 3 Dir. from Int. or Ref. Marker: S
- Reference Marker: _
- Street Desc.: BLACK TOP ROADWAY
- RRX Num.: _

### VEHICLE, DRIVER, & PERSONS

- Unit Num.: 3
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num.: MGG4359
- VIN: KNADE123660787 9 9
- Veh. Year: 2006
- 6. Veh. Color: WHI
- Veh. Make: KIA
- Veh. Model: RIO
- 7 Body Style: P4
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 23255067
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Restr.: 96
- DOB (MM/DD/YYYY): 09/16/1989
- Address: 1219 S 15TH ST TEMPLE, TX 76504

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HARRELL, LACYNDRA CHARNELLE | B | 31 | B | 2 | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: HARRELL, LACYNDRA CHARNELLE, 1219 S 15TH ST TEMPLE, TX 76504
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: HOMESTATE COUNTY MUTUAL
- Fin. Resp. Num.: TLC01275664-19
- Fin. Resp. Phone Num.: 254-776-4521
- 27 Vehicle Damage Rating 1: 12-FD-3
- 27 Vehicle Damage Rating 2: 6-BR-2
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: STARS TOWING
- Towed To: 1251 PROVIDENT LN.

- Unit Num.: 4
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: TX
- LP Num.: MWD9969
- VIN: JTEBU5JR6G5350121
- Veh. Year: 2016
- 6. Veh. Color: RED
- Veh. Make: TOYOTA
- Veh. Model: 4RUNNER
- 7 Body Style: SV
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 42627265
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Restr.: 96
- DOB (MM/DD/YYYY): 05/09/1997
- Address: 11033 PLEASANTON RD APT 2B SAN ANTONIO, TX 78221

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GARCIA, JESS ALEXANDER | N | 23 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | CARRIZALES, NIKKI ISLEEN | N | 26 | H | 2 | 1 | 1 | 1 | 97 | N | | | | | |

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: GARCIA, JESS ALEXANDER, 11033 PLEASANTON RD SAN ANTONIO, TX 78221
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: GEICO - GOVERNMENT EMPLOYEES INS. CO.
- Fin. Resp. Num.: 4601005129
- Fin. Resp. Phone Num.: 800-841-3000
- 27 Vehicle Damage Rating 1: 11-FR-1
- 27 Vehicle Damage Rating 2: _
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: DRIVEN FROM SCENE BY DRIVER
- Towed To: DRIVEN FROM SCENE

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY
Form CR-3 (Rev. 1/1/2018)
Case 1:20-cv-01225-RP   Document 1-2   Filed 12/16/20   Page 5 of 5
Case ID 20-1022-0012
TxDOT Crash ID 17937078.1/2020433511
Page 4 of 4

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | ST. DAVIDS ROUND ROCK HOSPITAL | WILLIAMSON COUNTY EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Damage

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

(section blank)

## Factors & Conditions

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unit # Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |

## Narrative and Diagram

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## Investigator

| Time Notified (24HR:MM) | 1 3 0 4 | How Notified | Dispatch | Time Arrived (24HRMM) | 1 3 1 1 | Report Date (MM/DD/YYYY) | 10/22/2020 |
|---|---|---|---|---|---|---|---|

Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): Saffel, Shannon
ID Num.: 2008

ORI Num.: TX2460500
*Agency: ROUND ROCK POLICE DEPARTMENT
Service/Region/DA: A D A M 1