# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LACYNDRA HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>CRS EXPRESS INC., and ROGER COUTURE,<br><br>Defendants. | § § § § § § § § § § § § | Case no. _____ |

## INDEX OF DOCUMENTS

Defendant CRS Express, Inc. ("Defendant") files this Index of Documents Filed in State Court, as of the date Defendant filed its Notice of Removal, and as of the date of this Index being filed.

| EX. NO. | DOCUMENT FILED | FILING PARTY | DATE FILED |
|---|---|---|---|
| 1. | Case Information | 395th Judicial District | 11/10/2020 |
| 2. | Issuance Request Form | Plaintiff | 11/10/2020 |
| 3. | Civil Case Information Sheet | Plaintiff | 11/10/2020 |
| 4. | Plaintiff's Original Petition | Plaintiff | 11/10/2020 |
| 5. | Request for Issuance | Plaintiff | 11/11/2020 |
| 6. | Affidavit of Service | Plaintiff | 11/23/2020 |
| 7. | Defendant's Original Answer | Defendant | 12/7/2020 |

Respectfully submitted,

/s/Jeffrey O. Marshall
Jeffrey O. Marshall
State Bar Number: 00797005
jeff.marshall@wilsonelser.com
Taylor O. Reed
State Bar No. 24101958
Taylor.reed@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
4800 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Facsimile: (214) 698-1101

**ATTORNEYS FOR DEFENDANT CRS EXPRESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that foregoing document was electronically filed with the Court on December 16, 2020. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system.

/s/Jeff Marshall
Jeffrey O. Marshall