# EXHIBIT 1

# Case Information

## Lacyndra Harrell vs. CRS Express Inc., And Roger Couture
20-1793-C395

↻ Refresh    📁🔒    👁🔒    🖨    ⤳    [ File Into ]

| | | | |
|---|---|---|---|
| **Location** <br> Williamson County - District Clerk ⇄ | **Case Category** <br> Civil - Injury or Damage | **Case Type** <br> Motor Vehicle Accident | **Case Filed Date** <br> 11/10/2020 |
| **Judge** <br> Larson, Ryan D. ▾ | **Case Status** <br> Open (Filed) | | |

## Parties

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | Lacyndra Harrell ▾ | Crystal Wright ▾ |
| Defendant | CRS Express Inc ▾ | Jeffrey O. Marshall ▾ |
| Defendant | Roger Couture ▾ | |

## Hearings

No hearings found.

## Events

[ Oldest ]  [ Search events 🔍 ❓ ]                              [ + All ] [ − All ]

### Case Information Sheet *
Env# 47967677

**File Date:** 11/10/2020

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Civil Case Information Sheet.pdf | | Does not contain sensitive data | 1 | $0.10 | Available until 1/15/21 |

### Request for Issuance of
**Sent to Clerk** Env#47967677

**File Date:** 11/10/2020

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Request for Issuance.pdf | | Does not contain sensitive data | 1 | $0.10 | Available until 1/15/21 |

### (IV-D) Original Petition
Plaintiff's Original Petition Filed by Crystal Wright/Atty Env# 47967677

**File Date:** 11/10/2020

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Plaintiff's Original Petition.pdf | | Does not contain sensitive data | 5 | $0.50 | Available until 1/15/21 |

### Request for Issuance of
of Citation; Env#47999977

**File Date:** 11/12/2020

| Name | Description | Security Description | Pages | Price |
|---|---|---|---|---|

Help

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Request for Issuance.pdf | | Does not contain | 1 | $0.10 | Available until 1/15/21 |

### Return Service *

ROS CRS Express Inc Citation Served Env#48324923

File Date
11/23/2020

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| ROS CRS Express Inc Citation Served.pdf | | Does not contain sensitive data | 2 | $0.20 | Available until 1/15/21 |

### Defendant Original Answer

filed by Jeffrey Marshall/Atty Ev#48683644

File Date
12/7/2020

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| Defendant's Original Answer.pdf | | Does not contain sensitive data | 5 | $0.50 | Available until 1/15/21 |

