# EXHIBIT 2

Filed: 11/10/2020 11:49 AM
Lisa David, District Clerk
Williamson County, Texas
Tammy Clinton




**Lisa David**
DISTRICT CLERK

P.O. Box 24, Georgetown, Texas 78627
512.943.1212   Fax 512.943.1222

## ISSUANCE REQUEST FORM

20-1793-C395

Date requested: November 10, 2020        Cause #: _____

Style of Case: Lacyndra Harrell v. CRS Express Inc., and Roger Couture

Name of person requesting issuance: Crystal M. Wright

Issuance requested:
- [X] CITATION
- [ ] CAPIAS
- [ ] WRIT
- [ ] PRECEPT
- [ ] BENCH WARRANT
- [X] Other: Private Process

Document to include with issuance: Plaintiff's Original Petition
Agency to serve issuance: Professional Civil Process

Party to be served: International Border Trucking Compliance Service Inc.   (Private Process)
1st Address line: 1519 Wyoming
2nd Address line: 
City, State, Zip: El Paso, Texas 79902

Party to be served: Roger Couture   (Citation)
1st Address line: 480 20e Rue
2nd Address line: 
City, State, Zip: Saint-Georges, QC 65Y8J3

Party to be served: 
1st Address line: 
2nd Address line: 
City, State, Zip: 

Fees: $8.00 per issuance, plus copy fees.
*** IF NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED ***

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Wright on behalf of Crystal Wright
Bar No. 24067026
CWRIGHT-SVC@THOMASJHENRYLAW.COM
Envelope ID: 47967677
Status as of 11/10/2020 1:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Crystal Wright | | cwright-svc@thomasjhenrylaw.com | 11/10/2020 11:49:03 AM | SENT |