# EXHIBIT 5

Lisa David, District Clerk
Williamson County, Texas
Julie Borrero

# THOMASJHENRY
## INJURY ATTORNEYS

A TRIAL FIRM OF MORE THAN 150 ATTORNEYS
REPRESENTING VICTIMS NATIONWIDE FOR MORE THAN 25 YEARS

Wednesday, November 11, 2020

Williamson County District Clerk's Office
405 Martin Luther King
Georgetown, TX 78626

RE:  *Case Number: 20-1793-C395; Lacyndra Harrell v. CRS Express Inc., and Roger Couture*

Ms. Borrero:

Please allow this letter to serve as a request for second citation with enclosed payment of $8.00 via e-file.

Very truly yours,
THOMAS J. HENRY INJURY ATTORNEYS

Crystal M. Wright

CMW/lp
Enclosures

TOLL FREE 1-855-740-8145 • FAX 1-877-513-1359 • TJHLAW.COM
MAILING ADDRESS 521 Starr Street • Corpus Christi, Texas 78401

Envelope# 47999977

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Wright on behalf of Crystal Wright
Bar No. 24067026
CWRIGHT-SVC@THOMASJHENRYLAW.COM
Envelope ID: 47999977
Status as of 11/12/2020 9:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Crystal Wright | | cwright-svc@thomasjhenrylaw.com | 11/11/2020 10:38:57 AM | SENT |