# EXHIBIT 6

12/08/2020 8:31 AM
Lisa David, District Clerk
Williamson County, Texas
Tammy Clinton

# 395th District Court of WILLIAMSON Count, Texas
405 M.L.K. BLVD., BOX 15 GEORGETOWN TX 78626

## CASE #: 20-1793-C395

**LACYNDRA HARRELL**

*Plaintiff*
**VS**
CRS EXPRESS INC, AND ROGER COUTURE

*Defendant*

### AFFIDAVIT OF SERVICE

I, **RICHARD E DOMINGUEZ**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to
this action, nor interested in outcome of the suit.   That I received the documents
stated below on 11/16/20 8:57 am, instructing for same to be delivered upon CRS
EXPRESS INC BY SERVING ITS REGISTERED AGENT TRUCKING SERCIVE INC.

That I delivered to: CRS EXPRESS INC BY SERVING ITS REGISTERED AGENT TRUCKING
                 COMPLIANCE SERCIVE INC. By Delivering to David Reza, Manager W/
                 Border Tr

the following      : CITATION; PLAINTIFFS ORIGINAL PETITION

at this address   : 1519 WYOMING
                 El Paso, El Paso County, TX 79902

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Monday November 16, 2020 11:43 am

My name is RICHARD E DOMINGUEZ, my date of birth is November 7th, 1970, and my
address is Professional Civil Process El Paso, Professional Civil Process, Inc.,
2200 N Yarbrough Suite B-186, El Paso TX 79925, and U.S.A.   I declare under penalty
of perjury that the foregoing is true and correct.

Executed in El Paso County, State of Texas, on the _____ 20 _____ day of

_____ Nov _____, 20 20 .

RICHARD E DOMINGUEZ          169   Declarant
TX Certification#: PSC-2877 Exp. 08/31/2021

AX02A20B02782
yvonnef
eaffidavits@pcpusa.net

Service Fee:  75.00   PCP  Inv#: E20B00071
Witness Fee:    .00   SO   Inv#: A20B02782
Mileage Fee:    .00
Wright, Crystal

**E-FILE RETURN**

Envelope# 48324923

# CITATION
## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 20-1793-C395

**LACYNDRA HARRELL VS. CRS EXPRESS INC., AND ROGER COUTURE**

Filed: 11/23/2020 8:31 AM
Lisa David, District Clerk
Williamson County, Texas
Tammy Clinton

TO:    CRS Express Inc
By Serving International Border Trucking Compliance Service Inc.
1519 Wyoming
El Paso TX 79902

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION in the above styled and numbered cause, which was filed on the 10th day of November, 2020 in the 395th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office on this the 12th day of November, 2020.

ADDRESS OF LEAD ATTORNEY FOR
PETITIONER:
Crystal Wright
5711 University Heights Blvd
Ste 101
San Antonio TX 78249

*Lisa David, District Clerk*
PO Box 24, Georgetown, TX 78627
Williamson County, Texas
(512) 943-1212



BY:    *Stephanie Robles*

Stephanie Robles, Deputy

## RETURN OF SERVICE

Came to hand on the _____ day of _____ ,20___,at _____ o'clock ___M. and executed at _____ , within the
County of _____ , Texas, at _____ o'clock ___M. on the _____ day of _____ , 20_____ , by delivering to the
within named _____ , in person a true copy of this citation, with a true and correct copy of the
PLAINTIFF'S ORIGINAL PETITION attached thereto, having first endorsed on such copy of citation the date of delivery.
*** NOT EXECUTED**, the diligence used to execute being *(show manner of delivery)* _____
_____ ; for the following reason _____ ,
the defendant may be found at _____ ,
*Strike if not applicable.*

**TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY**_____ COUNTY, TEXAS
_____ SHERIFF/CONSTABLE    BY: _____ DEPUTY

**FEE FOR SERVICE OF CITATION : $** _____

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
*In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.*
My name is _____ , my date of birth is _____ , and my address is
   Please print.    (First, Middle, Last)
_____ . (Street, City, Zip).
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____ , on the _____ day of _____ , 20_____ .

_____ _____
   Declarant/Authorized Process Server                             ID # & expiration of certification

Envelope# 48324923